Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

RECEIVED IN CLERK'S OFFICE
U.S.D.C. – Rome

for the

MAR 0 3 2023

Northern District of Georgia

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

11 Division

|  |  |
|---|---|
| **JALIKU LEVINE** | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If* | ) |
| *the names of all the plaintiffs cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |
| –v– | ) |
|  | ) |
|  | ) |
| **"See Attached"** | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. 4:23-CV-0034

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jaliku- E: Levine on behalf of JALIKU E LEVINE |
| Street Address | 72 EMERALD PINES LANE |
| City and County | DALLAS PAULDING |
| State and Zip Code | GEORGIA, 30157 |
| Telephone Number | 1(770)-334-0312 |
| E-mail Address | levinese@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

| | |
|---|---|
| Name | LIBERTY MUTUAL GROUP INSURANCE |
| Job or Title *(if known)* | |
| Street Address | 175 BERKELEY STREET |
| City and County | BOSTON, SUFFOLK |
| State and Zip Code | MASSACHUSETTS 02116 |
| Telephone Number | (617) 357-9500 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | TRICON AMERICAN HOMES |
| Job or Title *(if known)* | |
| Street Address | 1508 BROOK HOLLOW DRIVE |
| City and County | SANTA ANA, ORANGE |
| State and Zip Code | CALIFORNIA 92705 |
| Telephone Number | 855 676-1680 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | NAVY FEDERAL CREDIT UNION |
| Job or Title *(if known)* | |
| Street Address | 820 FOLLIN LN SE |
| City and County | VIENNA, FAIRFAX |
| State and Zip Code | VIRGINIA 22180 |
| Telephone Number | 888.842-6328 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | AMERICAN EXPRESS NATIONAL BANK |
| Job or Title *(if known)* | |
| Street Address | THREE WORLD FINANCIAL CENTER 200 VESEY STREET |
| City and County | NEW YORK BOROUGH |
| State and Zip Code | NEW YORK 10285-4803 |
| Telephone Number | (212) 640-2000 |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

| | |
|---|---|
| Name | One Main Financial |
| Job or Title *(if known)* | |
| Street Address | 601 NW 2nd Street # 300 |
| City and County | Evansville, Vanderburgh |
| State and Zip Code | Indiana  47708 |
| Telephone Number | (812) 424-8031 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Trans Union |
| Job or Title *(if known)* | |
| Street Address | 555 West Adams Street Sixth Floor |
| City and County | Chicago, COOK |
| State and Zip Code | Illinois  60644  60664-3614 |
| Telephone Number | (312) 258-1717 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Experian |
| Job or Title *(if known)* | |
| Street Address | 475 Anton Blvd |
| City and County | Costa Mesa, Orange county |
| State and Zip Code | California  92626 |
| Telephone Number | (224) 698-5600 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Discover Financial Services |
| Job or Title *(if known)* | |
| Street Address | 2500 Lake Cook Road |
| City and County | Riverwoods, Lake County |
| State and Zip Code | Illinois  60015 |
| Telephone Number | (224) 405-0900 |
| E-mail Address *(if known)* | |

Defendant No. 1

Name — Ed Financial Services L

Job or Title *(if known)*

Street Address — 120 N Seven Oaks Drive

City and County — Knoxville   Knox County

State and Zip Code — Tennessee  37922

Telephone Number — 800 - 337-6884

E-mail Address *(if known)*

Defendant No. 2

Name — Xfinity /Comcast

Job or Title *(if known)*

Street Address — One Comcast Center 1701 JFK Boulevard

City and County — Philadelphia , Philadelphia county

State and Zip Code — Pennsylvania  19103

Telephone Number — (215) 665- 1700

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*



Defendant (1)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under <u>28 U.S.C. § 1332</u>, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.   If the defendant is a corporation

The defendant, *(name)*   ONE MAIN FINANCIAL   , is incorporated under the laws of the State of *(name)*   INDIANA   , and has its principal place of business in the State of *(name)*   INDIANA   .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy   800,000,000 . 00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Willful Negligence , Misrepresentation
Violation of Bills of Exchange Act
Violation of Uniform Commercial Codes
Violation of Social Security's Act, Misuse of Personal data.
Intentional Tort, Reporting False Information Upon
Consumers Financial Records

Defendent (A)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* September 2022 , at *(place)* Georgia                     ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

One Main Financial furnished invalid Information upon my consumers report to which caused irreparable Damage. Refused to acknowledge Remittance coupon and discharge of debt form Arbitration, along with Federal complaints were filed however one main financial dismissed all correspondence.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Willful Negligence, Providing false information to reporting Agencies. Misrepresentation, Violation of Truth in Lending Act, Intentional Tort, Violation of Bills of Exchange Act furnishment of financial records without my consent violation of uniform Commercial codes. Refusual to acknowledge Tinder of Payment.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cease furnishment of consumer financial report Remove invalid information furnished to financial Report.

Close all accounts and Provide statements of Proof of closed accounts.

*Defendant (2)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____.

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____.

2.   If the defendant is a corporation

The defendant, *(name)* TRANSUNION_____, is incorporated under

the laws of the State of *(name)* CHICAGO_____, and has its

principal place of business in the State of *(name)* CHICAGO_____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy    800,000,000

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Violation of Truth In Lending Act
Misrepresentation
Misuse of Social Security / Personal data
Willful Negligence   Refused to investigate invalid information
Intentional Tort   remove invalid information being reported.

Page 3 of 5

Defendant (2)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) 2018-2023 , at (place) E-mail / telephone / online / Mail ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

Transunion refused to acknowledge all correspondance to which was sent to identify identity and correct and Remove invalid information. Several items were disputed however, Transunion has neglected to reopen and investigate disputed items and Provide proof of investigation. Transunion ceased my ability to transact within private and in commerce

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Misrepresentation, Wilful Negligence intentional Tort Abuse and misuse of social security number, Providing my Personal information to 3rd Parties to Profit without my written consent Refusual to re-open disputes, refusual to acknowledge any correspondance sent to validate all obligations were honored.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Remove outdate information so that Account(s) can reflect to current.
Re-open and Re-investigate
Remove invalid information / inaccurate information that does not belong to me.
Do not sell my data to any 3rd Party without my written consent.

*Defendant (3)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2.   If the defendant is a corporation

The defendant, *(name)* __TRI-CON AMERICAN HOMES__ is incorporated under the laws of the State of *(name)* __CALIFORNIA__, and has its principal place of business in the State of *(name)* __CALIFORNIA__.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

800,000,000 . 00

Tricon has neglected to respond to any and all correspondence

September 2022 I submitted by certified mail Remittance coupon along with a 1099 discharge of debt and 1099A to resolve any obligations However Tricon American Homes

Defendant (3)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 2022 , at *(place)* Georgia ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Willful Negligence, Intentional Tort
With holding information that should have been included with any
Contractual Agreements. Embezzlement, Fraud, theft upon deception, unequal contracts,
Misrepresentation, mis-use and abuse of social security number
Violation of the Bills of Exchange Act.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Tricon American Homes created a contract based upon deception
Stating that a security Deposit was owed, took my social security
number and investing within the open market
without my knowledge and without my consent. Tricon used
deceptive methods to Profit, Embezzled me out of the Fiat currency
used to make Payments causing emotional distress.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Recall and Return all the bonds/Securities/Notes
Sold/bought as derivatives to which were sold/bought
using my signature/individual surety/securities/bonds.
Refund these monies to me as these funds belong to me.

Send a Statement of accounts showing a zero balance
and a check for all bonds/Notes/Securities Previously
received upon the account(s).

Refund all Payments made to Tri-con American Homes
using my Banking checking(s) credit Account(s).

*Defendant (4)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

2.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ .  Or is a citizen of

*(foreign nation)* _____ .

2.     If the defendant is a corporation

The defendant, *(name)* Discover Financial Services , is incorporated under

the laws of the State of *(name)* ILLINOIS , and has its

principal place of business in the State of *(name)* ILLINOIS .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy     800,000,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Violation of Bills of Exchange
Misrepresentation / intentional Tort
Misuse and abuse of Social security Number
Securities Fraud by investing (selling) Buying notes liked
to my Personal social Security Number/bonds without my

Page 3 of 5

Defendant (4)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* __2022__ , at *(place)* __Mail__ ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Discover Financial refused to respond and acknowledge all correspondance that was sent in timely manners, continued to furnish my account and report false information to credit reporting Agencies. Several complaints were filed with CFPB and disputed however Discover Provided false data to reporting Agencies to appear as a debt was owed dismissing all correspondance that was received.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Misrepresentation, Willful Negligence, intentional Tort, Identity theft by Providing Personal data to collecting Agencies. False Statement to damage consumers report. Embezzlement, violation of Bills of Exchange Act violations of Truth in Lending Act Misuse of Social security Number, fraud based up deception, Breach of fiduciary Duties, securities fraud by investing using personal data theft upon deception.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cease all furnishment of Consumer Account

Recall all the bonds/securities which were Previously sold/Bought in my name(s) social security Number and refund these monies as those funds belong to me.

Send a Statement of account(s) showing a zero balance and a check for all bond(s) monies Previously received. Refund all payments made using fiat currency.

*Defendant (s)* (handwritten)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under <u>28 U.S.C. § 1332</u>, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ .  Or is a citizen of *(foreign nation)* _____ .

2.   If the defendant is a corporation

The defendant, *(name)* <u>EXPERIAN</u> , is incorporated under the laws of the State of *(name)* <u>CALIFORNIA</u> , and has its principal place of business in the State of *(name)* <u>CALIFORNIA</u> .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

800,000,000·00

Willful Negligence, Misrepresentation.
Breach of fiduciary duties, Abuse and misuse
of Personal information. Embezzlement, Abuse of SS#

Page 3 of 5

Defendent(5)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

---

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* 2018-2023 , at *(place)* online on Phone By letter (mail) Georgia ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Experian was Provided several documents over the course of several years Providing my identity, home residence and any other requested documentation to provide Proof of my identity. Experian, refused to acknowledge any correspondence to

(see attachement)

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Misrepresentation, willful negligence causing irreparable damage upon my financial record(s) refusing to assist reinvestigate any and all matters. Allowing third Parties access to my Personal financial records, call avoidance, abuse/ of SSN, breach of financial data/ refusing to uphold consumer rights.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Remove all inaccurate/invalid information
2. Cease all furnishing of my account(s) that grant(s) corporations the ability to furnish/access my financial record(s) without my knowledge and without my consent.
3. Place a freeze upon my consumers record unless I grant access to have it removed, only then access shall be granted.
4. update all information that is invalid and outdated
5. Cease selling my Personal data/information to 3rd Parties to gain(s) a profit and Provide concrete evidence with an agreement to ceasing all furnishment of financial records for commercial advertising/medical bureau(s) unless by law it must be provided within the jurisdiction of the universal laws, not under any corporation.

Page 4 of 5

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.   If the defendant is a corporation

The defendant, *(name)* __AMERICAN EXPRESS NATIONAL BANK__ , is incorporated under the laws of the State of *(name)* __NEW YORK__ , and has its principal place of business in the State of *(name)* __NEW YORK__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

800,000,000.00    Breach of Fiduciary duties
intentional Tort, willful Negligence, theft by deception
theft by misrepresentation, Identity theft, Abuse of
Social Security Number, Securities/bond(s) Fraud

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant(6) American Express

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* September 2022, October 2022, November 2022, December 2022, January 2023, February 2023 , at *(place)* Online, telephone, mail ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

American Express has neglected to acknowledge all correspondance and continues to report invalid information upon my financial record. I provided American Express with a UCC1 along with acceptance for value of the account. However, American Express dismissed all correspondance.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

American Express has cause irreparable damage upon my Consumers report Providing invalid information to the consumer agencies. The damage has ceased my ability to obtain any current or future transactions in commerce.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Recall all the bonds/securities which were previously bought/sold in my name, social security number and refund these monies as those funds belong to me.

② Cease furnishing my financial record, Remove invalid information

③ Update my financial record, close the account as paid as agreed and provide proof of those actions.

④ Send a statement of account showing a zero (0) balance and a check for all bond(s) monies previously received

⑤ and security interest fees/payment to which is owed to the account holder.

⑥ Refund all Payments made using fiat currency in the U.S. Dollar.

*Defendant (7)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

    *(foreign nation)* _____.

2.  If the defendant is a corporation

    The defendant, *(name)* __NAVY FEDERAL CREDIT UNION__, is incorporated under the laws of the State of *(name)* __VIRGINIA__, and has its

    principal place of business in the State of *(name)* __VIRGINIA__.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$800,000,000.00   Willful Negligence

Using deceptive methods to Profit

Abuse of Social Security Number

Misrepresentation by deception

Defendant (7)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 2019-2023 , at *(place)* Online /Mail / Telephone / Georgia ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

All correspondance that was sent to NFCU was ignored and dismissed. They made false statements, produced false documents to reporting Agencies, refused all phone calls, closed my accounts when I informed NFCU of the violations Fraud and embezzlement. Arbitration was requested, complaints were filed however, all correspondance ignored.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Irreparable damage done to consumers financial account Misrepresentation; theft upon securities interest owed to account holder, Fraud upon individual securities bond(s) willful negligence intentional Tort, investing fraud with using personal data to trade in open markets without my consent and knowledge, misuse and abuse of Social Security Number. Violation of Bills of exchange Emotional distress.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Recall all the bonds/securities/notes which were Previously sold in my name(s) and or bought using any and all my personal data, and refund these monies as these funds belong to me.

Cease all furnishment of consumer financial report and correct and remove invalid information.

Send a statement of account showing a zero balance and a check for all bond(s) securities/notes bought/ sold / previously received upon the accounts.

Refund all Payments made to NFCU.

Defendant (8)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* XFINITY / COMCAST, is incorporated under the laws of the State of *(name)* PHILADELPHIA, and has its principal place of business in the State of *(name)* PHILADELPHIA .

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

800,000,000.00 · Violation of Bills of Exchange Act
Winful Negligence, Misrepresentation, Intentional Tort
Theft upon deception   Securities/bonds/Notes Fraud.
Embezzlement   violation of uniform commercial codes.
Abuse and Misuse of social security number – identity theft

Page 3 of 5

Defendant (8)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* 09-01-22 , at *(place)* GEORGIA ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Beginning within the month of September 2022 through December I remitted all coupons and accepted each for value. Xfinity/Comcast refused to acknowledge the remittance coupon. All correspondence were ignored and dismissed. Several complaints including arbitration however Xfinity ignore all correspondence violating contractual Agreements by disconnect service until I paid using a fiat currency.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Xfinity has cause Willful Negligence, Abuse and misuse of SS# Personal data by selling/buying/investing using my information such as names SS# securities without my permission and without my consent. Embezzlement, Violation of Negotiable Instrument. Intentional Tort

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Recall and Return all the bonds/securities which were previously sold/bought in my name(s) using my personal data and refund these monies as those funds belong to me.

(2) Send a statement of accounts showing a zero balance and a check for all bonds/notes/securities previously received on the accounts and return all payments made to Xfinity/Comcast.

*Defendant (9)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* LIBERTY MUTUAL GROUP , is incorporated under the laws of the State of *(name)* MASSACHUSETTS , and has its principal place of business in the State of *(name)* MASSACHUSETTS . Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Embezzlement          Violation of contractual Agreements
Securities Fraud        Deception of using tactics
Abuse of social Security Number.   to deceive to make a Profit
Breach of Fiduciary Duties
Misrepresentation, willful Negligence, intentional Tort

Defendant (9)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 2019-2023 , at *(place)*   Online, mail, telphone, Georgia    ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Willful Negligence, misrepresentation, Breach of fiduciary duties / Mis use of Social security number and all Personal data.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Irrepurible damage to my financial Records Making false Statements to what is needed to conclude or Make a decision on approval. Their actions has cause financial despair along with mental/Anguish

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Recall all the bonds / securities / Notes which were Previously Sold in my name(s) and or bought using any and all of My Personal data and refund these monies as those funds belong to me;

② Send a Statement of Account Showing a Zero ($) balance and a check for all bond(s) Securitie(s) Note(s) Previously received upon the accounts.

③ Refund all Payments made that was Withdrew from my Personal checking account(s)

④ Cease all furnishment upon my financial Records

Defendant (90)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____.

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____.

2.    If the defendant is a corporation

The defendant, *(name)* ED FINANCIAL SERVICES L , is incorporated under

the laws of the State of *(name)* TENNESSEE , and has its

principal place of business in the State of *(name)* TENNESSEE .

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy    $800,000,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Misrepresentation, Securities / bonds / notes Fraud.
Embezzlement, Abuse and misuse of
willful Negligence Social Security number
Intentional Tort    Violation of Social Security Act
Violation of Truth
in Lending    Violation of Bills of Exchange Act

Defendant (10)

---

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* 2022 , at *(place)* Mail / online ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Refused to acknowledge correspondance regarding Accounts. These obligations were created based upon deception.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Misrepresentation, securities bond61/Notes, financial dispute Emotional damage, Willful Negligence Intentional Tort Violation of trut in Lending Act, misuse and abuse of Social Security Violation of Bills of Exchange number Theft upon deception.

### IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cease all furnishment of financial report

Remove invalid information furnish to financial report(s) as all obligations were honored.

Do not sell my personal data to 3rd parties Without my written consent.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   02-20-2023

Signature of Plaintiff   Jalika - E: Levine

Printed Name of Plaintiff   Jalika - E: Levine

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address